**People of the State of Illinois, Plaintiff-Appellee, v. Stanley Fletcher, Defendant-Appellant.**

**Gen. No. 66–14M. (Abstract of Decision.)**

Third District.
September 12, 1966.

Frank W. Curran and Paul F. Davidson, of Kankakee, for appellant; Edward P. Drolet, State's Attorney, of Kankakee, for appellee. Opinion by JUSTICE ALLOY. Not to be published in full.